UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLIFFORD W. HARMON,

     Plaintiff,

                             Case No. 2:26-cv-120

v.

                             HONORABLE PAUL L. MALONEY

CHRIS KUNZER, et al.,

     Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered,

Dated:  June 24, 2026                          /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge